FILED
AUG 22 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) No.  **4:19CR00687 SRC/SPM** |
| ANTHONY BRADY, and BURTON HUGHES, | ) ) ) |
| Defendant. | ) ) |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 23, 2019, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

ANTHONY BRADY,

the defendant herein, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more felony crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

COUNT 2

The Grand Jury charges:

On or about January 23, 2019, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

ANTHONY BRADY,

the defendant herein, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule 2 controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

The Grand Jury charges:

On or about January 23, 2019, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

### ANTHONY BRADY,

the defendant herein, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule 2 controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

The Grand Jury charges:

On or about January 23, 2019, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

### ANTHONY BRADY,

the defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 2, and possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 3.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 5

The Grand Jury charges:

On or about January 23, 2019, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

BURTON HUGHES,

the defendant herein, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more felony crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
STEVEN A. MUCHNICK
Assistant United States Attorney

3